No. 76–6685. KELLEY v. BAPTIST, DISTRICT DIRECTOR OF INTERNAL REVENUE, ET AL., *ante,* p. 841;

No. 76–6696. CARDALL v. UNITED STATES, *ante,* p. 841;

No. 76–6748. BRUNSON v. UNITED STATES, *ante,* p. 842;

No. 76–6774. KIRK v. UNITED STATES, *ante,* p. 896;

No. 76–6823. NEAL v. ARKANSAS, *ante,* p. 878;

No. 76–6896. WINDHAM v. CALIFORNIA, *ante,* p. 848;

No. 76–6933. SIMANTS v. NEBRASKA, *ante,* p. 878;

No. 77–27. LANDMESSER v. UNITED STATES, *ante,* p. 855;

No. 77–61. LEIGH v. OKLAHOMA EX REL. TAX COMMISSION OF OKLAHOMA, *ante,* p. 804;

No. 77–5040. KRAMER v. UNITED STATES, *ante,* p. 863;

No. 77–5099. SMITH, AKA MACHETTI v. GEORGIA, *ante,* p. 878;

No. 77–5136. CORBITT v. UNITED STATES, *ante,* p. 868;

No. 77–5138. REYNOLDS v. DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE ET AL., *ante,* p. 893;

No. 77–5182. SUNDAY v. UNITED STATES DISTRICT COURT, *ante,* p. 869; and

No. 77–5279. JENNINGS v. DAY, WARDEN, *ante,* p. 871. Petitions for rehearing denied.

## NOVEMBER 28, 1977*

No. 77–5502. DOUGLAS v. UNITED STATES ET AL. Appeal from C. A. 3d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–5269. SIMPSON v. FLORIDA. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction.

*MR. JUSTICE BLACKMUN took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date.